IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 18-cv-05636 |
| OLD TOWN DEVELOPMENT ASSOCIATES, LLC; AVERUS, INC.; and ACTION FIRE EQUIPMENT, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY ("Hartford") by its undersigned counsel, hereby voluntarily dismisses this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Hartford confirms such voluntary dismissal, without prejudice, is appropriate under Rule 41(a)(1)(A)(i) because no defendant has yet appeared or served an answer, motion for summary judgment or other responsive pleading of any kind in this action.

Dated: September 14, 2018

Respectfully submitted:

**HARTFORD UNDERWRITERS INSURANCE COMPANY**

By: s/ Christopher M. Sweeney
One of Its Attorneys

Christopher M. Sweeney (6322839)
christopher.sweeney@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603
T: (312) 704-0550
F: (312) 704-1522

2579114v.1